# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SONIA POWELL, <br> *Plaintiff* <br> v. <br> CITY OF PASCO, ET AL., <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 4:16-CV-5071-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**
    Plaintiff's Motions for Summary Judgment (ECF No. 50; 51) are DENIED.
    Defendants' Motion to Dismiss (ECF No. 40) is GRANTED.
    County Defendants' Motion to Dismiss (ECF Nos. 26) is GRANTED.
    Defendant Ellerd's Motion to Dismiss (ECF Nos. 28) is GRANTED.
    Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   in Orders at ECF Nos. 39 and 52.

Date: March 17, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen